UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>IRS, et al.,<br><br>    Defendants. | No. 1:21-cv-01653-NONE-EPG<br><br>ORDER AUTHORIZING SERVICE OF THE COMPLAINT<br><br>(ECF No. 1) |

    Plaintiff Deandre Lewis is a state inmate proceeding *pro se* and *in forma pauperis* in this civil action. Plaintiff filed his complaint on November 15, 2021. The Court has screened Plaintiff's complaint and found that it states cognizable claims against the IRS and the Department of Treasury regarding his failure to receive economic impact payments. (ECF Nos. 1, 5)

    Accordingly, IT IS ORDERED that:

1. Service of the complaint (ECF No. 1) is appropriate for the following defendants:
   a. **The IRS; and**
   b. **The Department of Treasury.**
2. The Clerk of Court shall SEND Plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet, and one copy of the complaint (ECF No. 1);

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. A completed summons for the IRS;
   b. A completed summons for the Department of the Treasury;
   c. A completed USM-285 form for the IRS;
   d. A completed USM-285 form for the Department of the Treasury;
   e. Two completed USM-285 forms for the United States of America (one for the civil-process clerk at the United States attorney's office and one for the Attorney General of the United States at Washington, D.C.), *see* Fed. R. Civ. P. 4(i)(1)(A)(ii) & (B);
   f. Two completed summonses for the United States of America; and
   g. Five (5) copies of the endorsed complaint;

4. Plaintiff need not attempt service on the Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. Failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **December 27, 2021**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE