UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE LEWIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>IRS, et al.,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-01653-JLT-EPG<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS, DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF Nos. 23, 24) |

　　　　On June 1, 2022, this Court issued findings and recommendations, recommending that this action be dismissed for lack of jurisdiction and without further leave to amend. (ECF No. 23). Plaintiff was given twenty-one days to file any objections.

　　　　On June 14, 2022, Plaintiff filed "objections" and a notice of voluntary dismissal. (ECF No. 24). Plaintiff's filing states that he "can see that [the] Court do[es] not have jurisdiction[] over this suit," and asks to dismiss this case without prejudice so that he can file a "claim in the proper court." (*Id.* at 1-2).

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants have not filed an answer or motion for summary judgment, this action has been terminated as voluntarily dismissed without prejudice by Plaintiff. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th

1

Cir. 1997).

Accordingly, in light of the notice of voluntary dismissal, IT IS ORDERED as follows:

1. The Court's June 1, 2022, findings and recommendations are vacated (ECF No. 23); and,

2. The Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

Dated:   **June 15, 2022**             /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE